**UNITED STATES BANKRUPTCY COURT1**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-31788-DRC |
| | § | |
| JAMES H MALLES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $6,947.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $6,416.93 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $7,083.99 | | |

3) Total gross receipts of $13,500.92 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $13,500.92 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $23,249.80 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $7,083.99 | $7,083.99 | $7,083.99 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $144,894.45 | $144,894.45 | $6,416.93 |
| **Total Disbursements** | NA | $175,228.24 | $151,978.44 | $13,500.92 |

4). This case was originally filed under chapter 7 on 08/28/2009. The case was pending for -1315 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/10/2013           By:   /s/ David E. Grochocinski
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| CUSTOMER LIST AND OTHER INTELLECTUAL PROPERTY | 1249-000 | $13,500.00 |
| Interest Earned | 1270-000 | $0.92 |
| **TOTAL GROSS RECEIPTS** | | **$13,500.92** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Auto Finance | 4210-000 | NA | $18,204.07 | $0.00 | $0.00 |
| 18 | BMW Bank of North America, Inc | 4210-000 | NA | $5,045.73 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | NA | $23,249.80 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $2,100.09 | $2,100.09 | $2,100.09 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $11.84 | $11.84 | $11.84 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $2.63 | $2.63 | $2.63 |
| Green Bank | 2600-000 | NA | $144.84 | $144.84 | $144.84 |
| The Bank of New York Mellon | 2600-000 | NA | $172.11 | $172.11 | $172.11 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | $404.13 | $404.13 | $404.13 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $2,200.00 | $2,200.00 | $2,200.00 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $67.35 | $67.35 | $67.35 |
| SCOTT HOREWITCH PIDGEON & | 3410-000 | NA | $1,981.00 | $1,981.00 | $1,981.00 |

| | | | | | |
|---|---|---|---|---|---|
| ABRAMS, LLC, Accountant for Trustee | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $7,083.99 | $7,083.99 | $7,083.99 | |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | $8,475.87 | $8,475.87 | $375.38 |
| 3 | Chase Bank USA, N.A. | 7100-000 | NA | $7,735.09 | $7,735.09 | $342.57 |
| 4 | Chase Bank USA, N.A. | 7100-000 | NA | $11,899.90 | $11,899.90 | $527.01 |
| 5 | Chase Bank USA, N.A. | 7100-000 | NA | $3,722.80 | $3,722.80 | $164.87 |
| 6 | Chase Bank USA, N.A. | 7100-000 | NA | $959.56 | $959.56 | $42.50 |
| 7 | Chase Bank USA, N.A. | 7100-000 | NA | $7,268.75 | $7,268.75 | $321.91 |
| 8 | Advanta Bank Corp. | 7100-000 | NA | $9,509.85 | $9,509.85 | $421.16 |
| 9 | GE Money Bank dba EMPIRE/GEMB | 7100-000 | NA | $3,381.00 | $3,381.00 | $149.73 |
| 10 | Fia Card Services, NA/Bank of America | 7100-000 | NA | $3,244.37 | $3,244.37 | $143.68 |
| 11 | Fia Card Services, NA/Bank of America | 7100-000 | NA | $3,506.15 | $3,506.15 | $155.28 |
| 12 | Fia Card Services, NA/Bank of America | 7100-000 | NA | $16,141.25 | $16,141.25 | $714.85 |
| 13 | PYOD LLC its successors and assigns as assignee of | 7100-000 | NA | $1,026.60 | $1,026.60 | $45.46 |
| 14 | PYOD LLC its successors and assigns as | 7100-000 | NA | $41,140.17 | $41,140.17 | $1,821.97 |

|    |                                          |          |        |             |             |          |
|----|------------------------------------------|----------|--------|-------------|-------------|----------|
|    | assignee of                              |          |        |             |             |          |
| 15 | American Express Bank, FSB               | 7100-000 | NA     | $2,040.58   | $2,040.58   | $90.37   |
| 16 | American Express Bank, FSB               | 7100-000 | NA     | $19,282.77  | $19,282.77  | $853.97  |
| 17 | U.S. Bank N.A.                           | 7100-000 | NA     | $5,559.74   | $5,559.74   | $246.22  |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $144,894.45 | $144,894.45 | $6,416.93 |

Case 09-31788    Doc 74    Filed 02/04/13    Entered 02/04/13 09:38:19    Desc Main
                                Document      Page 5 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

Page No.: 1

| Case No.: | 09-31788-DRC | | | Trustee Name: | David E. Grochocinski |
| Case Name: | MALLES, JAMES H | | | Date Filed (f) or Converted (c): | 08/28/2009 (f) |
| For the Period Ending: | 1/10/2013 | | | $341(a) Meeting Date: | 10/13/2009 |
| | | | | Claims Bar Date: | 04/22/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1 N 105 PAPWORTH, CAROL STREAM, IL | $269,500.00 | $0.00 | | $0.00 | FA |
| 2 | CASH | $45.00 | $0.00 | | $0.00 | FA |
| 3 | BANK ACCOUNTS | $101.00 | $0.00 | | $0.00 | FA |
| 4 | HOUSEHOLD GOODS | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | CLOTHING | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | KMB ASSOCIATES INC. | $0.00 | Unknown | | $0.00 | FA |
| 7 | ILLINOIS PRODUCERS LICENSE | $0.00 | $0.00 | | $0.00 | FA |
| 8 | 1995 BMW M3 | $4,325.00 | $0.00 | | $0.00 | FA |
| 9 | 2000 BMW M5 | $14,725.00 | $0.00 | | $0.00 | FA |
| 10 | 2008 BMW 335 | $0.00 | $0.00 | | $0.00 | FA |
| 11 | 2002 BMW R1150RT MOTORCYCLE | $5,500.00 | $0.00 | | $0.00 | FA |
| 12 | CUSTOMER LIST AND OTHER INTELLECTUAL PROPERTY (u) | $10,000.00 | $10,000.00 | | $13,500.00 | |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.92 | Unknown |

| TOTALS (Excluding unknown value) | $306,196.00 | $10,000.00 | | $13,500.92 | $0.00 |

Gross Value of Remaining Assets

**Major Activities affecting case closing:**
REVIEWING DOCUMENTS AND FURTHER INVESTIGATION OF DEBTOR'S TRANSFER OF FORMER COMPANY'S CUSTOMER LIST AND OTHER RELATED ASSETS WITHOUT VALUE; SETTLEMENT REACHED ON INSIDER CLAIMS; DEBTOR MAKING PAYMENTS; ACCOUNTANT EMPLOYED 1/13/12; AWAITING TAX RETURNS

Initial Projected Date Of Final Report (TFR): 06/30/2011     Current Projected Date Of Final Report (TFR): 09/30/2012     /s/ DAVID E. GROCHOCINSKI
                                                                                                                                DAVID E. GROCHOCINSKI

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-31788-DRC | | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MALLES, JAMES H | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******0595 | | | Money Market Acct #: | ******5665 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 8/28/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/10/2013 | | | Separate bond (if applicable): | |

Page No: 1

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/21/2010 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $500.00 |
| 07/23/2010 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $1,000.00 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.03 | | $1,000.03 |
| 08/24/2010 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $1,500.03 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.04 | | $1,500.07 |
| 09/21/2010 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $2,000.07 |
| 10/27/2010 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $2,500.07 |
| 11/23/2010 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $3,000.07 |
| 12/22/2010 | (12) | JAMES H MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $3,500.07 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.09 |
| 01/28/2011 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $4,000.09 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $4,000.11 |
| 02/15/2011 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-31788, Bond#016026455 | 2300-000 | | $2.63 | $3,997.48 |
| 02/22/2011 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $4,497.48 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.03 | | $4,497.51 |
| 03/22/2011 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $4,997.51 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.03 | | $4,997.54 |
| 04/21/2011 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $5,497.54 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $5,497.58 |
| 05/23/2011 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $5,997.58 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $5,997.62 |
| 06/21/2011 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $6,497.62 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.05 | | $6,497.67 |
| 07/28/2011 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $6,997.67 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.05 | | $6,997.72 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $12.46 | $6,985.26 |
| | | | | SUBTOTALS | $7,000.35 | $15.09 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2     Exhibit 9

| Case No. | 09-31788-DRC | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|
| Case Name: | MALLES, JAMES H | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******0595 | | | Money Market Acct #: | ******5665 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 8/28/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/10/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/23/2011 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $4,847.00 | | $11,832.26 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.06 | | $11,832.32 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $11,807.32 |
| 09/23/2011 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $12,307.32 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $12,307.41 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $12,282.41 |
| 10/24/2011 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $12,782.41 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $12,782.51 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $12,757.51 |
| 11/22/2011 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $500.00 | | $13,257.51 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $13,257.61 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $28.20 | $13,229.41 |
| 12/21/2011 | (12) | JAMES MALLES | SETTLEMENT PAYMENT | 1249-000 | $153.00 | | $13,382.41 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,382.52 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $27.26 | $13,355.26 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,355.37 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $29.19 | $13,326.18 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $13,326.18 | $0.00 |

| | | | | SUBTOTALS | $6,500.57 | $13,485.83 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3     Exhibit 9

| Case No. | 09-31788-DRC | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|
| Case Name: | MALLES, JAMES H | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******0595 | | | Money Market Acct #: | ******5665 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 8/28/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/10/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $0.00 |
| | | | **TOTALS:** | | $13,500.92 | $13,500.92 | |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $13,326.18 | |
| | | | **Subtotal** | | $13,500.92 | $174.74 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $13,500.92 | $174.74 | |

**For the period of 8/28/2009 to 1/10/2013**

| | |
|---|---|
| Total Compensable Receipts: | $13,500.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,500.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $174.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $174.74 |
| Total Internal/Transfer Disbursements: | $13,326.18 |

**For the entire history of the account between 06/01/2010 to 1/10/2013**

| | |
|---|---|
| Total Compensable Receipts: | $13,500.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,500.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $174.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $174.74 |
| Total Internal/Transfer Disbursements: | $13,326.18 |

Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 09-31788-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | MALLES, JAMES H | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******0595 | Checking Acct #: | ******5666 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 8/28/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/10/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

$0.00

| | | | TOTALS: | | $0.00 | $0.00 |
| | | | Less: **Bank transfers/CDs** | | $0.00 | $0.00 |
| | | | Subtotal | | $0.00 | $0.00 |
| | | | Less: **Payments to debtors** | | | $0.00 |
| | | | Net | | $0.00 | $0.00 |

For the period of **8/28/2009** to **1/10/2013**

| Total Compensable Receipts: | $0.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $0.00 |
|---|---|
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **06/01/2010** to **1/10/2013**

| Total Compensable Receipts: | $0.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $0.00 |
|---|---|
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-31788-DRC |
|---|---|
| Case Name: | MALLES, JAMES H |
| Primary Taxpayer ID #: | ******0595 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 8/28/2009 |
| For Period Ending: | 1/10/2013 |

| Trustee Name: | |
| Bank Name: | |
| Checking Acct #: | ******8801 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

Page No: 5    Exhibit 9

David E. Grochocinski
Green Bank

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $13,326.18 | | $13,326.18 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Term: 2/1/12 to 2/01/13 | 2300-000 | | $11.84 | $13,314.34 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.94 | $13,298.40 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $22.15 | $13,276.25 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $20.04 | $13,256.21 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $21.39 | $13,234.82 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $21.35 | $13,213.47 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $20.63 | $13,192.84 |
| 08/29/2012 | | ILLINOIS DEPARTMENT OF REVENUE | EIN: 38-6920595/ FORM IL-1041 YEAR END 12/31/10 | 2820-000 | | $416.00 | $12,776.84 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $23.34 | $12,753.50 |
| 10/15/2012 | | ILLINOIS DEPARTMENT OF REVENUE | Refund on Check# 5002 | 2820-002 | | ($11.87) | $12,765.37 |
| 11/30/2012 | 5003 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $2,100.09 | $10,665.28 |
| 11/30/2012 | 5004 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $2,200.00 | $8,465.28 |
| 11/30/2012 | 5005 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $67.35 | $8,397.93 |
| 11/30/2012 | 5006 | SCOTT HOREWITCH PIDGEON & ABRAMS, LLC | Distribution on Claim #: ; | 3410-000 | | $1,981.00 | $6,416.93 |
| 11/30/2012 | 5007 | CAPITAL ONE BANK (USA), N.A. | Distribution on Claim #: 2; | 7100-000 | | $375.38 | $6,041.55 |
| 11/30/2012 | 5008 | Chase Bank USA, N.A. | Distribution on Claim #: 3; | 7100-000 | | $342.57 | $5,698.98 |
| 11/30/2012 | 5009 | Chase Bank USA, N.A. | Distribution on Claim #: 4; | 7100-000 | | $527.01 | $5,171.97 |
| 11/30/2012 | 5010 | Chase Bank USA, N.A. | Distribution on Claim #: 5; | 7100-000 | | $164.87 | $5,007.10 |
| 11/30/2012 | 5011 | Chase Bank USA, N.A. | Distribution on Claim #: 6; | 7100-000 | | $42.50 | $4,964.60 |
| 11/30/2012 | 5012 | Chase Bank USA, N.A. | Distribution on Claim #: 7; | 7100-000 | | $321.91 | $4,642.69 |
| 11/30/2012 | 5013 | Advanta Bank Corp. | Distribution on Claim #: 8; | 7100-000 | | $421.16 | $4,221.53 |
| 11/30/2012 | 5014 | GE Money Bank dba EMPIRE/GEMB | Distribution on Claim #: 9; | 7100-000 | | $149.73 | $4,071.80 |
| 11/30/2012 | 5015 | Fia Card Services, NA/Bank of America | Distribution on Claim #: 10; | 7100-000 | | $143.68 | $3,928.12 |
| 11/30/2012 | 5016 | Fia Card Services, NA/Bank of America | Distribution on Claim #: 11; | 7100-000 | | $155.28 | $3,772.84 |
| 11/30/2012 | 5017 | Fia Card Services, NA/Bank of America | Distribution on Claim #: 12; | 7100-000 | | $714.85 | $3,057.99 |
| | | | | SUBTOTALS | $13,326.18 | $10,268.19 | |

Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6

| Case No. | 09-31788-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | MALLES, JAMES H | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******0595 | | Checking Acct #: | ******8801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 8/28/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/10/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 11/30/2012 | 5018 | PYOD LLC its successors and assigns as assignee of | Distribution on Claim #: 13; | 7100-000 | | $45.46 | $3,012.51 |
| 11/30/2012 | 5019 | PYOD LLC its successors and assigns as assignee of | Distribution on Claim #: 14; | 7100-000 | | $1,821.97 | $1,190.56 |
| 11/30/2012 | 5020 | American Express Bank, FSB | Distribution on Claim #: 15; | 7100-000 | | $90.37 | $1,100.19 |
| 11/30/2012 | 5021 | American Express Bank, FSB | Distribution on Claim #: 16; | 7100-000 | | $853.97 | $246.22 |
| 11/30/2012 | 5022 | U.S. Bank N.A. | Distribution on Claim #: 17; | 7100-000 | | $246.22 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $13,326.18 | $13,326.18 |
| Less: Bank transfers/CDs | $13,326.18 | $0.00 |
| Subtotal | $0.00 | $13,326.18 |
| Less: Payments to debtors | $0.00 | $0.00 |
| Net | $0.00 | $13,326.18 |

For the period of 8/28/2009 to 1/10/2013

| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $13,326.18 |

| Total Compensable Disbursements: | $13,326.18 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,326.18 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 02/07/2012 to 1/10/2013

| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $13,326.18 |

| Total Compensable Disbursements: | $13,326.18 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,326.18 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

Page No: 7

## FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-31788-DRC |
|---|---|
| Case Name: | MALLES, JAMES H |
| Primary Taxpayer ID #: | ******0595 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 8/28/2009 |
| For Period Ending: | 1/10/2013 |

| Trustee Name: | David E. Grochocinski |
|---|---|
| Bank Name: | Green Bank |
| Checking Acct #: | ******8801 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**     NET DEPOSITS     NET DISBURSE     ACCOUNT BALANCES

$13,500.92     $13,500.92     $0.00

**For the period of 8/28/2009 to 1/10/2013**

| | |
|---|---|
| Total Compensable Receipts: | $13,500.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,500.92 |
| Total Internal/Transfer Receipts: | $13,326.18 |
| Total Compensable Disbursements: | $13,500.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,500.92 |
| Total Internal/Transfer Disbursements: | $13,326.18 |

**For the entire history of the case between 08/28/2009 to 1/10/2013**

| | |
|---|---|
| Total Compensable Receipts: | $13,500.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,500.92 |
| Total Internal/Transfer Receipts: | $13,326.18 |
| Total Compensable Disbursements: | $13,500.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,500.92 |
| Total Internal/Transfer Disbursements: | $13,326.18 |

/s/ DAVID E. GROCHOCINSKI
_____
DAVID E. GROCHOCINSKI